United States District Court
Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    COGNIZANT TECHNOLOGY
     SOLUTIONS U.S. CORPORATION,              Case No. 14-cv-01146-WHO

8                    Plaintiff,

9            v.                               **ORDER DEEMING DEFENDANT
                                              SERVED AND EXTENDING
10   JOHN MCAFEE,                             TEMPORARY RESTRAINING ORDER**

11                   Defendant.

12

13          On March 21, 2014, I issued a temporary restraining order in this action.  Dkt. No. 15.

14   When I issued the order, the defendant had not been served or appeared.  I required the plaintiff to

15   file a statement within seven days of the order explaining what further efforts it had made to serve

16   the defendant; I also required the plaintiff to file another statement five days thereafter.  In

17   accordance with my order, the plaintiff documented the many efforts it made to serve and contact

18   the defendant, including by personal, postal, and electronic means.  *See, e.g.*, McCrimmon Decl.

19   (Dkt. No. 18-1) ¶¶ 3, 7 & 11; McCrimmon Decl. (Dkt. No. 19-1) ¶ 2.

20          Based on the plaintiff's representations, I conclude that the plaintiff has made substantial

21   efforts "reasonably calculated, under all the circumstances, to apprise interested parties of the

22   pendency of the action and afford them an opportunity to present their objections."  *Mullane v.

23   Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950).  Indeed, the evidence shows that the

24   defendant has actual notice of this action, the order, and the plaintiff's efforts to serve him because

25   he has contacted plaintiff's counsel through email, *see, e.g.*, Dkt. Nos. 18-11, 18-12.  The

26   defendant is DEEMED SERVED.

27          Pursuant to Federal Rule of Civil Procedure 65(b)(2), for good cause shown and for the

28   reasons previously stated, I ORDER that the temporary restraining order be extended for an

1    additional 14 days.  I will hold a hearing on the motion for a preliminary injunction on April 18,

2    2014, **at 3:00 p.m.**, in Courtroom 2, 450 Golden Gate Avenue, San Francisco, California.  Any

3    response to the motion shall be filed by April 11, 2014, and any reply shall be filed by April 16,

4    2014.

5        **IT IS SO ORDERED.**

6    Dated:  April 4, 2014

7    _____

8    WILLIAM H. ORRICK
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2